## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

In re: KENNEDY ELECTRICAL CONTRACTORS, INC    § Case No. 15-22187-JJT
§
§
Debtor(s)    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ANTHONY S. NOVAK-Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $452,868.84

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $79,823.59

    3) Total gross receipts of $ 532,692.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $532,692.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $657,267.81 | $399,308.52 | $399,308.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 79,823.59 | 79,823.59 | 79,823.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 42,128.48 | 42,128.48 | 42,128.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,656,824.73 | 8,068,579.81 | 537,491.19 | 11,431.84 |
| **TOTAL DISBURSEMENTS** | $1,656,824.73 | $8,847,799.69 | $1,058,751.78 | $532,692.43 |

4) This case was originally filed under Chapter 7 on December 23, 2015. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2018          By: /s/ANTHONY S. NOVAK-Chapter 7 Trustee
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds being held in Trust by Company Attorney | 1129-000 | 36,210.68 |
| Accounts receivable | 1121-000 | 315,802.04 |
| Funds attached by PJR | 1129-000 | 170,813.42 |
| Insurance Refunds | 1229-000 | 9,866.29 |
| **TOTAL GROSS RECEIPTS** | | **$532,692.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | LEAF Capital Funding, LLC | 4210-000 | N/A | 9,554.83 | 0.00 | 0.00 |
| 9S | Webster Bank, NA | 4210-000 | N/A | 501,154.25 | 399,308.52 | 399,308.52 |
| 23S | Petra Construction Corporation | 4110-000 | N/A | 146,557.73 | 0.00 | 0.00 |
| 25S | Burlington Construction Co., Inc. | 4110-000 | N/A | 1.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$657,267.81** | **$399,308.52** | **$399,308.52** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANTHONY S. NOVAK-Chapter 7 Trustee | 2100-000 | N/A | 29,884.62 | 29,884.62 | 29,884.62 |
| Trustee Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 2200-000 | N/A | 157.29 | 157.29 | 157.29 |
| Other - BLUM SHAPIRO & COMPANY, P.C. | 3410-000 | N/A | 7,105.50 | 7,105.50 | 7,105.50 |
| Other - BLUM SHAPIRO & COMPANY, P.C. | 3410-000 | N/A | 2,884.00 | 2,884.00 | 2,884.00 |
| Other - MICHELSON, KANE, ROYSTER & BARGER, P.C. | 3210-600 | N/A | 8,474.75 | 8,474.75 | 8,474.75 |
| Other - MICHELSON, KANE, ROYSTER & BARGER, P.C. | 3210-600 | N/A | 3,592.50 | 3,592.50 | 3,592.50 |
| Other - MICHELSON, KANE, ROYSTER & BARGER, P.C. | 3210-600 | N/A | 21,200.00 | 21,200.00 | 21,200.00 |
| Other - MICHELSON, KANE, ROYSTER & BARGER, P.C. | 3220-610 | N/A | 21.27 | 21.27 | 21.27 |
| Other - MICHELSON, KANE, ROYSTER & BARGER, P.C. | 3220-610 | N/A | 45.34 | 45.34 | 45.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.56 | 68.56 | 68.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 117.81 | 117.81 | 117.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.47 | 121.47 | 121.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 280.46 | 280.46 | 280.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 326.48 | 326.48 | 326.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 286.41 | 286.41 | 286.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 350.80 | 350.80 | 350.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 339.30 | 339.30 | 339.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 478.34 | 478.34 | 478.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 556.66 | 556.66 | 556.66 |
| Other - ANTHONY S. NOVAK, ESQ. | 2300-000 | N/A | 115.27 | 115.27 | 115.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 491.51 | 491.51 | 491.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 524.47 | 524.47 | 524.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 504.60 | 504.60 | 504.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 562.01 | 562.01 | 562.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 414.22 | 414.22 | 414.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 479.69 | 479.69 | 479.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 440.26 | 440.26 | 440.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$79,823.59** | **$79,823.59** | **$79,823.59** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27P-2 | State of Connecticut | 5800-000 | N/A | 42,128.48 | 42,128.48 | 42,128.48 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $42,128.48 | $42,128.48 | $42,128.48 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Connecticut Light and Power DBA Eversource | 7100-000 | 80.46 | 1,690.25 | 1,690.25 | 36.06 |
| 2 | Yankee Gas DBA Eversource | 7100-000 | N/A | 313.65 | 313.65 | 6.69 |
| 3 | Advanced Reprographics | 7100-000 | 51.05 | 51.05 | 51.05 | 1.09 |
| 4 | J.F. Hayduk | 7100-000 | 801.10 | 801.10 | 801.10 | 17.09 |
| 5 | Valvoline | 7100-000 | 895.98 | 905.74 | 905.74 | 19.32 |
| 7 | U.S. Electrical Services, Inc. | 7100-000 | N/A | 46,567.24 | 33,608.61 | 717.02 |
| 8 | Rivco Construction LLC | 7100-000 | 31,702.90 | 6,000.00 | 6,000.00 | 128.01 |
| 9U | Webster Bank, NA | 7100-000 | 500,000.00 | 501,154.25 | 59,129.37 | 1,261.50 |
| 10 | Wex Bank | 7100-000 | N/A | 3,877.05 | 3,877.05 | 82.71 |
| 11 | H.O. Penn Machinery Co. Inc. | 7100-000 | 5,248.11 | 5,780.00 | 5,780.00 | 123.31 |
| 12 | United Rentals, Inc. | 7100-000 | 1,773.13 | 1,773.04 | 1,773.04 | 37.83 |
| 13 | Sonepar Distribution New England Inc. | 7100-000 | N/A | 59,156.85 | 59,156.85 | 1,262.08 |
| 14 | Elite Contruction Rentals, LLC | 7100-000 | 11,711.80 | 11,711.80 | 11,711.80 | 249.87 |
| 15 | Kinsley Power Systems Inc. | 7100-000 | 39,546.51 | 26,546.51 | 26,546.51 | 566.36 |
| 16 | Environmental Systems Corp. | 7100-000 | 9,093.95 | 9,076.55 | 9,076.55 | 193.64 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Wex Bank | 7100-000 | N/A | 3,877.05 | 0.00 | 0.00 |
| 18 -2 | General Supply & Services, Inc. | 7100-000 | N/A | 36,199.54 | 36,199.54 | 772.30 |
| 19 | TPC Associates, Inc. | 7100-000 | 69,122.00 | 60,467.00 | 0.00 | 0.00 |
| 20 | Gagnon Electrical Contracting | 7100-000 | 50,000.00 | 50,000.00 | 50,000.00 | 1,066.72 |
| 21 | Wells Fargo Vender Financial Services, LLC | 7100-000 | N/A | 4,187.06 | 4,187.06 | 89.33 |
| 22 | Graybar Electric Company, Inc. | 7100-000 | 204,570.67 | 185,361.94 | 76,064.88 | 1,622.81 |
| 23U | Petra Construction Corporation | 7100-000 | N/A | 14,967.56 | 0.00 | 0.00 |
| 24 | Cummins Power Systems LLC | 7100-000 | 48,884.00 | 48,884.00 | 48,884.00 | 1,042.92 |
| 25U | Burlington Construction Co., Inc. | 7100-000 | 10.00 | 219,506.66 | 0.00 | 0.00 |
| 26 | Fidelity & Deposit Company of Maryland | 7100-000 | N/A | 6,707,604.00 | 39,614.22 | 845.15 |
| 27U-2 | State of Connecticut | 7200-000 | N/A | 1,652.92 | 1,652.92 | 0.00 |
| 28 | TPC Associates, Inc. | 7100-000 | N/A | 60,467.00 | 60,467.00 | 1,290.03 |
| NOTFILED | Wright Express, FSC | 7100-000 | 3,498.44 | N/A | N/A | 0.00 |
| NOTFILED | Hiller New England | 7100-000 | 4,585.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrated Tech. Systems Inc. | 7100-000 | 2,722.50 | N/A | N/A | 0.00 |
| NOTFILED | Impact Security Group | 7100-000 | 1,587.50 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Riggers Inc. | 7100-000 | 8,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Windy City Wire | 7100-000 | 169.00 | N/A | N/A | 0.00 |
| NOTFILED | Grainger, Inc. | 7100-000 | 32.94 | N/A | N/A | 0.00 |
| NOTFILED | Hertz Equipment Rental Corpora | 7100-000 | 1,358.66 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Leasing Company | 7100-000 | 3,802.61 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Rock Water co. | 7100-000 | 171.00 | N/A | N/A | 0.00 |
| NOTFILED | CWPM LLC | 7100-000 | 897.41 | N/A | N/A | 0.00 |
| NOTFILED | Electrical Wholesalers Inc. | 7100-000 | 71,129.62 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal Company Inc. | 7100-000 | 195.47 | N/A | N/A | 0.00 |
| NOTFILED | GE CApital c/o Richoh USA PRog | 7100-000 | 492.09 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 72.12 | N/A | N/A | 0.00 |
| NOTFILED | Yale Electrical Supply LLC | 7100-000 | 223,069.63 | N/A | N/A | 0.00 |
| NOTFILED | Gexpro, Inc. | 7100-000 | 41,965.07 | N/A | N/A | 0.00 |
| NOTFILED | W.B. Mason Company Inc | 7100-000 | 831.90 | N/A | N/A | 0.00 |
| NOTFILED | Red Hawk and Security | 7100-000 | 2,690.61 | N/A | N/A | 0.00 |
| NOTFILED | Northeast Lighting Protection | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Quill Corporation | 7100-000 | 869.03 | N/A | N/A | 0.00 |
| NOTFILED | REXEL Electric Supply | 7100-000 | 524.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Siemens Industry Inc. | 7100-000 | 22,505.95 | N/A | N/A | 0.00 |
| NOTFILED | Town Fair Tire Center, LLC | 7100-000 | 44.66 | N/A | N/A | 0.00 |
| NOTFILED | The Lyon & Billard Company | 7100-000 | 381.31 | N/A | N/A | 0.00 |
| NOTFILED | Town Fair Tire | 7100-000 | 618.53 | N/A | N/A | 0.00 |
| NOTFILED | Northeast Electrical Distribut | 7100-000 | 105,455.92 | N/A | N/A | 0.00 |
| NOTFILED | NEFCO Rentals | 7100-000 | 1,058.18 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 410.84 | N/A | N/A | 0.00 |
| NOTFILED | Town Fair Tire Center of CT, LL | 7100-000 | 68.06 | N/A | N/A | 0.00 |
| NOTFILED | VIBRA-CONN INC. | 7100-000 | 119.50 | N/A | N/A | 0.00 |
| NOTFILED | Valley Communications Systems | 7100-000 | 19,651.72 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 332.09 | N/A | N/A | 0.00 |
| NOTFILED | NEFCO Corporation | 7100-000 | 7,021.94 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Manufacturing Inc. | 7100-000 | 446.04 | N/A | N/A | 0.00 |
| NOTFILED | Leaf | 7100-000 | 462.62 | N/A | N/A | 0.00 |
| NOTFILED | Williams Scottsman, Inc. | 7100-000 | 2,972.65 | N/A | N/A | 0.00 |
| NOTFILED | All Phase Electric Supply | 7100-000 | 4,607.22 | N/A | N/A | 0.00 |
| NOTFILED | Colony Hardware Corporation | 7100-000 | 7,007.16 | N/A | N/A | 0.00 |
| NOTFILED | Allison Bois | 7100-000 | 69.33 | N/A | N/A | 0.00 |
| NOTFILED | All Trade Cad Co. | 7100-000 | 2,057.00 | N/A | N/A | 0.00 |
| NOTFILED | American Ladderse & Scaffolds | 7100-000 | 114.82 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Concrete Products, Inc. | 7100-000 | 4,091.36 | N/A | N/A | 0.00 |
| NOTFILED | Anixter, Inc. | 7100-000 | 53.25 | N/A | N/A | 0.00 |
| NOTFILED | Campbell Foundry Company | 7100-000 | 1,799.00 | N/A | N/A | 0.00 |
| NOTFILED | Calco Realty | 7100-000 | 7,589.00 | N/A | N/A | 0.00 |
| NOTFILED | Action Blueprint | 7100-000 | 399.88 | N/A | N/A | 0.00 |
| NOTFILED | Acme Lightening Rod Co. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles Schwab Trust Company | 7100-000 | 117,680.44 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,656,824.73** | **$8,068,579.81** | **$537,491.19** | **$11,431.84** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22187-JJT  
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC  

**Trustee:** (270060)   ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/23/15 (f)  
**§341(a) Meeting Date:** 01/25/16  

**Period Ending:** 03/14/18  
**Claims Bar Date:** 04/21/16  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Webster Bank Checking account #1143 | 0.00 | 0.00 | | 0.00 | FA |
| 2   Farmington Bank checking account #7959 | 0.00 | 0.00 | | 0.00 | FA |
| 3   Funds being held in Trust by Company Attorney two account receivables | 36,096.80 | 36,210.68 | | 36,210.68 | FA |
| 4   Accounts receivable | 1,225,655.76 | 315,802.04 | | 315,802.04 | FA |
| 5   Funds attached by PJR | 164,959.82 | 170,813.42 | | 170,813.42 | FA |
| 6   Insurance Refunds  (u) | 9,866.29 | 9,866.29 | | 9,866.29 | FA |
| **6   Assets   Totals** (Excluding unknown values) | **$1,436,578.67** | **$532,692.43** | | **$532,692.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/28/17: Efiled Objection to claim no. 26. Marked off per Stipulation granted 9/18/17 (Doc ID #154)  
04/20/17: Efile Special Counsel Fee Application (granted 5/18/17)  
04/18/17: Motion to Compromise FIP for $8,000 (granted 5/18/17)  
3/20/17: One remaining receivable of $12,000. Special counsel pursuing.  
02/07/17: Efile Motion to compromise with O&G (granted 3/23/17)  
02/07/17: Efile Motion to Compromise with Burlington (granted 3/23/17)  
02/01/17: Efile Motion to Compromise with   Webster Bank (granted 3/23/17)  
Trustee investigating with special counsel ARs and counterclaims to ARs.  
11/14/16: Efile Motion to compromise with CE Floyd Co, Inc. (granted 12/27/16)  
10/11/16: Efiled Special Counsel Fee Application (Granted 11/14/16)  
08/03/16: Efile Motion to compromise with Simplex Grinnell  
07/26/16 Efile Motion to compromise with Associated Construction Company re: ESPN Employee Ctr project  
06/09/16:  Efile Motion to Compromise with Town of Darien re: Mather community project (granted)  
04/06/16: Prepare and efile App to Appt Novak Law re: preference v. Burlington Construction  
03/18/16: Efile Joint Application to Pay Webster Bank (granted 4/14/16)  
03/03/16: Preference letter sent to Burlington Construction Co., Inc.  Respond date: 4/5/16, if no response, trustee to bring 547 action  
02/17/16: Efile Application to Employ  Atty. Steven Kaplan re: ARs (granted 4/27/16)  
02/03/16: Efile Application to Employ Charles Miller re: ARs (withdrawn)  
Efiled Application to Employ Blum Shapiro (granted 3.7/16)  
01/22/16: Change of address confirmed through usps.gov  

Printed: 03/14/2018 12:14 PM     V.13.32

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-22187-JJT  
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC  

**Trustee:** (270060)   ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/23/15 (f)  
**§341(a) Meeting Date:** 01/25/16  

**Period Ending:** 03/14/18  

**Claims Bar Date:** 04/21/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 25, 2017    **Current Projected Date Of Final Report (TFR):** September 7, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-22187-JJT  
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC  
**Taxpayer ID #:** **-***4965  
**Period Ending:** 03/14/18  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $19,960,270.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/16 | {6} | STATE OF CONNECTICUT | Refund of UC Tax | 1229-000 | 23.35 | | 23.35 |
| 02/01/16 | {4} | TEC CONTROL SYSTEMS, INC. | A/R Tec Control Systems, Inc. | 1121-000 | 7,630.25 | | 7,653.60 |
| 02/01/16 | {4} | MARSH USA, INC. | A/R MARSH USA, INC. | 1121-000 | 402.00 | | 8,055.60 |
| 02/01/16 | {4} | TYCO | A/R TYCO | 1121-000 | 9,500.00 | | 17,555.60 |
| 02/01/16 | {6} | TRAVELERS PROPERTY CASUALTY CL AGENCY | Refund from Travelers Account #7597M1196 | 1229-000 | 3,547.00 | | 21,102.60 |
| 02/09/16 | {3} | JEFFERSON HANNA III | A/R ($1600 Duffield Ashmead $89.59 Newfield Constr $435.48 Brookdale Senior) | 1129-000 | 2,125.68 | | 23,228.28 |
| 02/09/16 | {3} | JEFFERSON HANNA III | A/R ($255 Derby Public School; $33,300 TEC; $360 Regional Hospice; $170 Derby Public Schools) | 1129-000 | 34,085.00 | | 57,313.28 |
| 02/09/16 | {6} | ARBELLA | Arbella Insurance Refund | 1229-000 | 576.25 | | 57,889.53 |
| 02/09/16 | {6} | ARBELLA | Arbella Insurance Refund | 1229-000 | 1,045.24 | | 58,934.77 |
| 02/09/16 | {4} | CHESHIRE ACADEMY | A/R Cheshire Academy | 1121-000 | 548.31 | | 59,483.08 |
| 02/09/16 | {4} | WESTERN CONNECTICUT HEALTH NETWORK | A/R Western CT Health Network | 1121-000 | 14,529.00 | | 74,012.08 |
| 02/09/16 | {6} | AIG | Insurance refund | 1229-000 | 411.28 | | 74,423.36 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.56 | 74,354.80 |
| 03/28/16 | {6} | ARBELLA | Arbella Insurance refund | 1229-000 | 4,263.17 | | 78,617.97 |
| 03/29/16 | {4} | MAGGIORE CONSTRUCTION CORP | A/R Maggiore Construction Corp | 1121-000 | 1,650.00 | | 80,267.97 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.81 | 80,150.16 |
| 04/06/16 | {5} | WEBSTER BANK | Funds attached by PJR (Webster Bank) | 1129-000 | 1,684.05 | | 81,834.21 |
| 04/14/16 | 101 | WEBSTER BANK, N.A. | Per court order allowing trustee to pay dated 4/14/16 | 4210-000 | | 68,820.24 | 13,013.97 |
| 04/22/16 | {5} | FARMINGTON BANK | Funds attached by PJR/Farmington Bank | 1129-000 | 163,275.77 | | 176,289.74 |
| 04/25/16 | {4} | STANDARD BUILDERS | A/R Standard Builders | 1121-000 | 590.63 | | 176,880.37 |
| 04/25/16 | {4} | STANDARD BUILDERS | A/R Standard Builders | 1121-000 | 560.00 | | 177,440.37 |
| 04/25/16 | {4} | STANDARD BUILDERS | A/R Standard Builders | 1121-000 | 1,436.99 | | 178,877.36 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.47 | 178,755.89 |
| 05/02/16 | {5} | FARMINGTON BANK | Funds attached by PJR/Farmington Bank | 1129-000 | 5,853.60 | | 184,609.49 |
| 05/03/16 | {4} | FIP CONSTRUCTION, INC. | A/R | 1121-000 | 22,559.30 | | 207,168.79 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.46 | 206,888.33 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 326.48 | 206,561.85 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.41 | 206,275.44 |
| 08/02/16 | {4} | STANDARD BUILDERS | A/R STANDARD BUILDERS | 1121-000 | 12,015.28 | | 218,290.72 |
| 08/04/16 | 102 | DEPARTMENT OF REVEUE | 2014 Connecticut Corporation Business Tax | 2820-000 | | 250.00 | 218,040.72 |

Subtotals :  $288,312.15    $70,271.43

{} Asset reference(s)

Printed: 03/14/2018 12:14 PM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-22187-JJT  
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC  
**Taxpayer ID #:** **-***4965  
**Period Ending:** 03/14/18  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $19,960,270.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | SERVICES | Return and Form OP-424 CT Business Entity Tax Return for year ending 9/30/15 Voided on 08/15/16 | | | | |
| 08/15/16 | 102 | DEPARTMENT OF REVEUE SERVICES | 2014 Connecticut Corporation Business Tax Return and Form OP-424 CT Business Entity Tax Return for year ending 9/30/15 Voided: check issued on 08/04/16 | 2820-000 | | -250.00 | 218,290.72 |
| 08/17/16 | {4} | MICHAELSON, KANE, ROYSTER & BARGER, P.C. | Per order compromising claim with Town of Darien dated 8/11/16 | 1121-000 | 14,878.00 | | 233,168.72 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.80 | 232,817.92 |
| 09/27/16 | {4} | THE ASSOCIATED CONSTRUCTION COMPANY | Per order granting compromise dated 9/16/16 | 1121-000 | 55,889.53 | | 288,707.45 |
| 09/28/16 | 103 | BLUM SHAPIRO & COMPANY, P.C. | Per court order approving compensation dated 9/15/16 | 3410-000 | | 7,105.50 | 281,601.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 339.30 | 281,262.65 |
| 10/06/16 | {4} | TYCO SIMPLEX GRINNELL | Per court approving compromise dated 9/16/16 | 1121-000 | 83,010.87 | | 364,273.52 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 478.34 | 363,795.18 |
| 11/28/16 | 104 | MICHELSON, KANE, ROYSTER & BARGER, PC | Per court order allowing fees and expenses dated 11/14/16 | | | 21,221.27 | 342,573.91 |
| | | | Per court order allowing    21,200.00 fees dated 11/14/16 | 3210-600 | | | 342,573.91 |
| | | | Per court order allowing    21.27 expenses dated 11/14/16 | 3220-610 | | | 342,573.91 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 556.66 | 342,017.25 |
| 12/02/16 | 105 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2016 FOR CASE #15-22187, Bond #016027937 | 2300-000 | | 115.27 | 341,901.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.51 | 341,410.47 |
| 01/05/17 | {4} | STANDARD BUILDERS | A/R Standard Builders | 1121-000 | 632.38 | | 342,042.85 |
| 01/30/17 | 106 | BLUM SHAPIRO & COMPANY, P.C. | Per court order allowing compensation dated 1/19/17 | 3410-000 | | 2,884.00 | 339,158.85 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 524.47 | 338,634.38 |
| 02/02/17 | {4} | C.E. FLOYD COMPANY, INC. | Per order compromising claim v. C.E. Floyd Co. | 1121-000 | 40,000.00 | | 378,634.38 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 504.60 | 378,129.78 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 562.01 | 377,567.77 |
| 04/03/17 | 107 | Webster Bank, N.A. | Per court order approving compromise dated | 4210-000 | | 110,000.00 | 267,567.77 |

Subtotals :        $194,410.78        $144,883.73

{} Asset reference(s)                                                                                                              Printed: 03/14/2018 12:14 PM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-22187-JJT  
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC  
**Taxpayer ID #:** **-***4965  
**Period Ending:** 03/14/18  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $19,960,270.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 3/23/17 (Doc ID #121) | | | | |
| 04/18/17 | {4} | O&G Industries, Inc. | Per order granting compromise dated 3/23/17 | 1121-000 | 41,969.50 | | 309,537.27 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.22 | 309,123.05 |
| 05/02/17 | 108 | MICHELSON, KANE, ROYSTON & BARGER, PC | Per court order allowing fees/expenses dated 4/20/17 (Doc ID #131) | | | 8,520.09 | 300,602.96 |
| | | | Per court order allowing fees dated 4/20/17    8,474.75 | 3210-600 | | | 300,602.96 |
| | | | Per court order allowing expenses dated 4/20/17    45.34 | 3220-610 | | | 300,602.96 |
| 05/30/17 | {4} | FIP CONSTRUCTION, INC. | Per court approving compromise dated 5/18/17 | 1121-000 | 8,000.00 | | 308,602.96 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 479.69 | 308,123.27 |
| 06/07/17 | 109 | MICHELSON, KANE, ROYSTER & BARGER, P.C. | Per court order allowing fees dated 5/18/17 | 3210-600 | | 3,592.50 | 304,530.77 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 440.26 | 304,090.51 |
| 11/16/17 | 110 | Webster Bank, NA | Dividend paid 100.00% on $399,308.52; Claim# 9S; Filed: $501,154.25; Reference: | 4210-000 | | 220,488.28 | 83,602.23 |
| 11/16/17 | 111 | State of Connecticut | Dividend paid 100.00% on $42,128.48; Claim# 27P-2; Filed: $42,128.48; Reference: | 5800-000 | | 42,128.48 | 41,473.75 |
| 11/16/17 | 112 | Connecticut Light and Power DBA Eversource | Dividend paid 2.13% on $1,690.25; Claim# 1; Filed: $1,690.25; Reference: #2001 | 7100-000 | | 36.06 | 41,437.69 |
| 11/16/17 | 113 | Yankee Gas DBA Eversource | Dividend paid 2.13% on $313.65; Claim# 2; Filed: $313.65; Reference: #6019 | 7100-000 | | 6.69 | 41,431.00 |
| 11/16/17 | 114 | Advanced Reprographics | Dividend paid 2.13% on $51.05; Claim# 3; Filed: $51.05; Reference: | 7100-000 | | 1.09 | 41,429.91 |
| 11/16/17 | 115 | J.F. Hayduk | Dividend paid 2.13% on $801.10; Claim# 4; Filed: $801.10; Reference: | 7100-000 | | 17.09 | 41,412.82 |
| 11/16/17 | 116 | Valvoline | Dividend paid 2.13% on $905.74; Claim# 5; Filed: $905.74; Reference: | 7100-000 | | 19.32 | 41,393.50 |
| 11/16/17 | 117 | U.S. Electrical Services, Inc. | Dividend paid 2.13% on $33,608.61; Claim# 7; Filed: $46,567.24; Reference: #30416 | 7100-000 | | 717.02 | 40,676.48 |
| 11/16/17 | 118 | Rivco Construction LLC | Dividend paid 2.13% on $6,000.00; Claim# 8; Filed: $6,000.00; Reference: #2328 | 7100-000 | | 128.01 | 40,548.47 |
| 11/16/17 | 119 | Webster Bank, NA | Dividend paid 2.13% on $59,129.37; Claim# 9U; Filed: $501,154.25; Reference: | 7100-000 | | 1,261.50 | 39,286.97 |
| 11/16/17 | 120 | Wex Bank | Dividend paid 2.13% on $3,877.05; Claim# 10; Filed: $3,877.05; Reference: #9328 | 7100-000 | | 82.71 | 39,204.26 |
| 11/16/17 | 121 | H.O. Penn Machinery Co. Inc. | Dividend paid 2.13% on $5,780.00; Claim# 11; Filed: $5,780.00; Reference: #5855 | 7100-000 | | 123.31 | 39,080.95 |

Subtotals :    $49,969.50    $278,456.32

{} Asset reference(s)

Printed: 03/14/2018 12:14 PM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-22187-JJT  
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC  
**Taxpayer ID #:** **-***4965  
**Period Ending:** 03/14/18  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $19,960,270.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/17 | 122 | United Rentals, Inc. | Dividend paid  2.13% on $1,773.04; Claim# 12; Filed: $1,773.04; Reference: #46186 | 7100-000 | | 37.83 | 39,043.12 |
| 11/16/17 | 123 | Sonepar Distribution New England Inc. | Dividend paid  2.13% on $59,156.85; Claim# 13; Filed: $59,156.85; Reference: | 7100-000 | | 1,262.08 | 37,781.04 |
| 11/16/17 | 124 | Elite Contruction Rentals, LLC | Dividend paid  2.13% on $11,711.80; Claim# 14; Filed: $11,711.80; Reference: | 7100-000 | | 249.87 | 37,531.17 |
| 11/16/17 | 125 | Kinsley Power Systems Inc. | Dividend paid  2.13% on $26,546.51; Claim# 15; Filed: $26,546.51; Reference: #KENELE | 7100-000 | | 566.36 | 36,964.81 |
| 11/16/17 | 126 | Environmental Systems Corp. | Dividend paid  2.13% on $9,076.55; Claim# 16; Filed: $9,076.55; Reference: | 7100-000 | | 193.64 | 36,771.17 |
| 11/16/17 | 127 | General Supply & Services, Inc. | Dividend paid  2.13% on $36,199.54; Claim# 18 -2; Filed: $36,199.54; Reference: | 7100-000 | | 772.30 | 35,998.87 |
| 11/16/17 | 128 | Gagnon Electrical Contracting | Dividend paid  2.13% on $50,000.00; Claim# 20; Filed: $50,000.00; Reference: #2314 | 7100-000 | | 1,066.72 | 34,932.15 |
| 11/16/17 | 129 | Wells Fargo Vender Financial Services, LLC | Dividend paid  2.13% on $4,187.06; Claim# 21; Filed: $4,187.06; Reference: #7896 | 7100-000 | | 89.33 | 34,842.82 |
| 11/16/17 | 130 | Graybar Electric Company, Inc. | Dividend paid  2.13% on $76,064.88; Claim# 22; Filed: $185,361.94; Reference: | 7100-000 | | 1,622.81 | 33,220.01 |
| 11/16/17 | 131 | Cummins Power Systems LLC | Dividend paid  2.13% on $48,884.00; Claim# 24; Filed: $48,884.00; Reference: #2625 Stopped on 02/22/18 | 7100-000 | | 1,042.92 | 32,177.09 |
| 11/16/17 | 132 | Fidelity & Deposit Company of Maryland | Dividend paid  2.13% on $39,614.22; Claim# 26; Filed: $6,707,604.00; Reference: | 7100-000 | | 845.15 | 31,331.94 |
| 11/16/17 | 133 | TPC Associates, Inc. | Dividend paid  2.13% on $60,467.00; Claim# 28; Filed: $60,467.00; Reference: | 7100-000 | | 1,290.03 | 30,041.91 |
| 11/16/17 | 134 | ANTHONY S. NOVAK-Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 30,041.91 | 0.00 |
| | | | Dividend paid 100.00%           29,884.62 on $29,884.62;  Claim# ; Filed: $29,884.62 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%           157.29 on $157.29;  Claim# ; Filed: $157.29 | 2200-000 | | | 0.00 |
| 02/22/18 | 131 | Cummins Power Systems LLC | Dividend paid  2.13% on $48,884.00; Claim# 24; Filed: $48,884.00; Reference: #2625 Stopped: check issued on 11/16/17 | 7100-000 | | -1,042.92 | 1,042.92 |
| 02/22/18 | 135 | Cummins Power Systems LLC | Dividend Paid 2.13% on $48,884; Claim #24 Reference # #2625 | 7100-000 | | 1,042.92 | 0.00 |

Subtotals :       $0.00       $39,080.95

{} Asset reference(s)

Printed: 03/14/2018 12:14 PM     V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-22187-JJT
**Case Name:** KENNEDY ELECTRICAL CONTRACTORS, INC

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)
**Bank Name:** Rabobank, N.A.
**Account:** ******4466 - Checking Account

**Taxpayer ID #:** **-***4965
**Period Ending:** 03/14/18

**Blanket Bond:** $19,960,270.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 532,692.43 | 532,692.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 532,692.43 | 532,692.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$532,692.43** | **$532,692.43** | |

Net Receipts :   532,692.43
Net Estate :   $532,692.43

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4466** | 532,692.43 | 532,692.43 | 0.00 |
| | **$532,692.43** | **$532,692.43** | **$0.00** |

{} Asset reference(s)

Printed: 03/14/2018 12:14 PM     V.13.32